MARY E. LEE, Appellant, *v.* GLENS FALLS HOSPITAL, Respondent.

Submitted June 17, 1943; decided July 20, 1943.

*J. Clarence Herlihy* and *Delon F. Mousaw* for appellant.

*Robert J. Bell, William F. Martin* and *Thomas H. Clearwater* for respondent.

Judgment affirmed, with costs; no opinion. (See 291 N. Y. 670.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.